# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| THERESA NELSON, | |
| Plaintiff, | Case No. 1:17-cv-03446-TWP-TAB |
| v. | Honorable Judge Tanya W. Pratt |
| MED-1 SOLUTIONS, LLC, RICHARD R. HUSTON and VOAPPS, INC., | |
| Defendants. | |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that THERESA NELSON ("Plaintiff"), hereby notifies the Court that Plaintiff and Defendants MED-1 SOLUTIONS, LLC and RICHARD R. HUSTON, only, settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal.

Respectfully submitted this 9th day of October, 2018.

Respectfully submitted,

*s/ Nathan C. Volheim*
Nathan C. Volheim
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
nvolheim@sulaimanlaw.com
*Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

      I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                                     *s/ Nathan C. Volheim*
                                     Nathan C. Volheim