**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| THERESA NELSON, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CIVIL ACTION |
| | ) | NO: 1:17-cv-03446 |
| MED-1 SOLUTIONS, LLC, et al. | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINES**

Pursuant to Rule 6(b) and 16(b)(4) of the Federal Rules of Civil Procedure, Theresa Nelson (Plaintiff) and VoApps, Inc. (Defendant) jointly move for modification of the Fed. R. Civ. P. 16(b)(1) order entered by the Court on December 18, 2017 (Doc. 21) and modified on July 26, 2018. In support of their joint motion, the parties state as follows:

1. Plaintiff filed this lawsuit on September 27, 2017 (Doc. 1), as a non-class action alleging FDCPA violations against a single defendant, Med-1 Solutions, LLC.

2. On December 18, 2017, this Court entered a Rule 16(b)(1) scheduling order (Doc. 21).

3. After Plaintiff amended her complaint to add additional parties and class allegations, the court granted the parties' joint motion to modify the December 18, 2017 scheduling order (Doc. 59).

4. As revised, the Scheduling Order provides as follows:

   - Fact discovery as to the named plaintiff individually shall be completed by October 17, 2018;

   - Submission of Plaintiff's expert witnesses pursuant to Fed. R. Civ. P. 26(a)(2) on or before November 19, 2018;

- Submission of Defendants' expert witnesses pursuant to Fed. R. Civ. P. 26(a)(2) on or before December 17, 2018;

- Individual discovery closes on January 14, 2019;

- Plaintiff's motion for class certification due on or before February 13, 2019;

- Defendants' response to motion for class certification due on or before March 15, 2019; and

- Plaintiff's reply in support of motion for class certification due on or before March 29, 2019.

5.  Counsel for the parties have conferred and are in agreement that some additional time is needed to complete the deposition of Plaintiff and Defendant to accommodate the schedules of the parties and their counsel. In order to complete these two depositions, the parties request that the Court extend the deadline to complete fact discovery as to the named Plaintiff through November 9, 2018.

6.  For the reasons discussed above, the parties have good cause to request an extension of discovery.  The parties do not request modification of any other deadlines; therefore, this request will not cause any undue delay.

7.  The parties attach a proposed agreed order for review and approval.  The parties request that the Court extend the deadlines for discovery as follows:

- Fact discovery as to the named plaintiff individually shall be completed by November 9, 2018;

For the foregoing reasons, the parties respectfully request that the Court enter the attached proposed order.

2

Date: October 15, 2018                    Respectfully submitted,

/s/ Nathan C. Volheim                     /s/ Stefanie H. Jackman
Nathan C. Volheim (No. 6302103)          Stefanie H Jackman (GA Bar No. 335652)
SULAIMAN LAW GROUP LTD                    BALLARD SPAHR LLP
2500 South Highland Avenue                999 Peachtree Street, Suite 1000
Suite 200                                 Atlanta, Georgia 30309
Lombard, Illinois 60148                   T: 678-420-9300
T: 630-568-3056                           F: 678-420-9301
F: 630-575-8188                           jackmans@ballardspahr.com
nvolheim@sulaimanlaw.com

Counsel for Plaintiff                     Jenny N. Perkins (No. 306498)
                                          BALLARD SPAHR LLP
                                          1735 Market Street, 51st Floor
                                          Philadelphia, PA 19103
                                          T: 215-864-8500
                                          F: 2615-864-8999
                                          perkinsj@ballardspahr.com

                                          Counsel for Defendant VoApps, Inc.

3