> The Court acknowledges the Agreed Stipulation of Dismissal with Prejudice, dkt. 76.
> This matter is DISMISSED only as to Defendant VOAPPS, INC.
> JPH, 2/25/2019
> Distribution via ECF.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THERESA NELSON, | |
| Plaintiff, | |
| v. | Case No. 1:17-cv-03446-JPH-TAB |
| MED-1 SOLUTIONS, LLC; RICHARD R. HUSTON and VOAPPS, INC., | |
| Defendant. | |

### AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff THERESA NELSON, and the Defendant VOAPPS, INC., only, through their respective counsel that the above-captioned action is dismissed, with prejudice, against VOAPPS, INC., only, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: February 22, 2019                                  Respectfully Submitted,

**THERESA NELSON**                                         **VOAPPS, INC.**

/s/ Nathan C. Volheim                                     /s/ Stefani H. Jackman (*with consent*)
Nathan C. Volheim                                         Stefani H. Jackman
*Counsel for Plaintiff*                                   Jenny Nicole Perkins
Sulaiman Law Group, LTD                                   *Counsel for Defendant*
2500 S. Highland Avenue, Suite 200                        Ballard Spahr, LLC
Lombard, Illinois 60148                                   999 Peachtree Street, Suite 1000
Phone: (630) 575-8181                                     Atlanta, GA 30309
Fax :(630) 575-8188                                       Phone:  (678) 420-9300
nvolheim@sulaimanlaw.com                                  perkinsj@ballardspahr.com
                                                          jackmans@ballardspahr.com